FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN GREGGERY LOUGHBOM,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | No. 2:17-CV-00035-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Before the Court is Magistrate Judge John T. Rodgers' Report and Recommendation, ECF No. 17, recommending the Court grant Defendant's Motion for Summary Judgment, ECF No. 15, and deny Plaintiff's Motion for Summary Judgment, ECF No. 14. No timely objections were filed.

    After reviewing the Report and Recommendation and relevant authorities, the Court agrees with Magistrate Judge Rodgers' findings and **adopts** the Report and Recommendation in its entirety.

//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION ^ 1**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Rodgers' Report and Recommendation, ECF No. 17, is **ADOPTED** in its entirety.

2. Defendant's Motion for Summary Judgment, ECF No. 15, is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment, ECF No. 14, is **DENIED**.

4. The District Court Executive is directed to enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.** The Clerk of Court is directed to file this Order, enter judgment, forward copies to counsel and Magistrate Judge Rodgers, and **close** the file.

**DATED** this 13th day of March 2018.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION ^ 2**