# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

Shawn Greggery Loughbom

_____
*Plaintiff*
v.
Commissioner of Social Security

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 13, 2018**

SEAN F. McAVOY, CLERK

Civil Action No.   2:17-cv-00035-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 14, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 15, is GRANTED.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Stanley A. Bastian _____

Date:   3/13/18 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Shelly Koegler
_____
*(By) Deputy Clerk*

Shelly Koegler
_____